In the Matter of MICHAEL MODLENAAR, Petitioner, v LUCIEN LECLAIRE, JR., as Acting Commissioner of New York State Department of Correctional Services, Respondent. [845 NYS2d 211]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered April 3, 2007) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the amended petition is dismissed. Present—Hurlbutt, J.P., Martoche, Smith, Centra and Fahey, JJ.